**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.  5:18-CV-155-RJC-DCK**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SPENCER GIFTS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Stay And Extensions" (Document No. 10) and Plaintiff's "Motion For Stay And Extensions" (Document No. 11) filed December 26, 2018.  These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and immediate review is appropriate.  Having carefully considered the motions and the record, the undersigned will <u>deny</u> the first motion as moot, and <u>grant</u> the second motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Stay And Extensions" (Document No. 10) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion For Stay And Extensions" (Document No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** this matter is **STAYED** during the current Government shutdown, or until otherwise ordered by the Court.  Plaintiff shall file a Status Report and proposed revised case deadlines within one (1) week of the Government returning to normal operations – and after conferring with Defendant's counsel.

**SO ORDERED**.

Signed: December 26, 2018

David C. Keesler
United States Magistrate Judge