# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-155-RJC-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>SPENCER GIFTS, LLC,   )<br>)<br>Defendant.   )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Proceeding to Pursue Settlement" (Document No. 20) filed June 6, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Proceeding to Pursue Settlement" (Document No. 20) is **GRANTED, with modification**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** until **August 15, 2019**. On or before **August 15, 2019**, the parties shall file a Notice of Settlement or a Status Report that includes proposed revised case deadlines.

**SO ORDERED**.

Signed: June 6, 2019

David C. Keesler
United States Magistrate Judge