| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **SPENCER GIFTS, LLC,** | ) ) | |
| **Defendant.** | ) ) ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) filed by Nicholas D. Wilson, concerning Peter G. Siachos on August 9, 2019.  Peter D. Siachos seeks to appear as counsel *pro hac vice* for Defendant, Spencer Gifts, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) is **GRANTED**.  Peter G. Siachos is hereby admitted *pro hac vice* to represent Defendant Spencer Gifts, LLC.

      **SO ORDERED**.

Signed: August 12, 2019

David C. Keesler
United States Magistrate Judge