**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-155-KDB-DCK**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| SPENCER GIFTS, LLC, | ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Status Report" (Document No. 23) filed August 8, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the Status Report and the record, the undersigned will lift the stay requested by the parties to pursue settlement and set revised case deadlines. See (Document Nos. 20 and 21).

The undersigned notes that the parties' settlement efforts reached an impasse and that Defendant has failed to timely file a Status Report or proposed deadlines. See (Document Nos. 21, 22 and 23).

**IT IS, THEREFORE, ORDERED** that the case deadlines in this matter are revised as follows:

| | |
|---|---|
| Rule 26 Disclosures | **September 6, 2019**; |
| Expert Reports: | **October 30, 2019** (Plaintiff) |
| | **November 27, 2019** (Defendant) |
| Discovery Completion | **February 20, 2020**; |
| Dispositive Motions | **March 20, 2020**; |

Jury Trial	**September 21, 2020**.

**SO ORDERED**.

Signed: August 20, 2019

David C. Keesler
United States Magistrate Judge