# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-155-KDB-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| SPENCER GIFTS, LLC, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Costs" (Document No. 33) filed October 16, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion, without prejudice.

Plaintiff fails to show that the requirement of consultation has been satisfied pursuant to Local Rule 7.1(b).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Costs" (Document No. 33) is **DENIED WITHOUT PREJUDICE**.

Signed: October 17, 2019

David C. Keesler
United States Magistrate Judge