**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-155-KDB-DCK**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) SPENCER GIFTS, LLC, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Renewed Motion For Previously Ordered Attorney's Fees And Costs" (Document No. 36) filed October 28, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Plaintiff seeks to compel the payment of fees and costs ordered by the Court on September 27, 2019. See (Document No. 32, 36, 36-1). Specifically, the Court held that:

> Defendant must reimburse Plaintiff for the reasonable expenses and attorney's fees associated with preparing and filing the motion to compel and supporting documents (Document Nos. 28 and 29); the reply brief in support of the instant motion (Document No. 31); and Plaintiff's costs associated with the site visit on August 21, 2019. See Fed.R.Civ.P. 37(a)(5)(A)(i)-(iii).

(Document No. 32, p. 6).

It is unclear why Plaintiff's motion was necessary or why Defendant delayed in arranging the ordered payment. Nevertheless, Defendant's counsel filed a letter "response" (Document No.

41) on November 13, 2019, indicating that Defendant would pay the requested costs and fees on or about November 18, 2019.  See (Document No. 36-1, p. 5 and Document No. 41).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Renewed Motion For Previously Ordered Attorney's Fees And Costs" (Document No. 36) is **GRANTED**.  If Defendant has not yet made payment as requested, it shall do so on or before **December 13, 2019**.

Signed: December 9, 2019

David C. Keesler
United States Magistrate Judge