**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-155-KDB-DCK**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPENCER GIFTS, LLC, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff EEOC's Notice Of Status And Motion To Extend Discovery" (Document No. 57) filed March 17, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Defendant does not object, the undersigned will grant the motion.

The instant motion states that on March 1, 2020, the parties "reached a settlement agreement in the instant case, the terms of which are outlined in a Consent Decree." (Document No. 57, p. 1). To date, the parties have not fully executed the Consent Decree, and Plaintiff seeks to extend the imminent discovery deadline. The Court will allow the requested relief and encourages the parties to finalize their agreement as soon as possible.

Based on Plaintiff's indication that this matter is settled, the undersigned will also deny as moot the "Motion To Strike Defendant's Responses To Plaintiff EEOC's Requests For Admission To Defendant" (Document No. 34), without prejudice to Plaintiff re-filing at a later date if the parties fail to finalize their settlement.

**IT IS, THEREFORE, ORDERED** that "Plaintiff EEOC's Notice Of Status And Motion To Extend Discovery" (Document No. 57) is **GRANTED**. Case deadlines are revised as follows: discovery completion - **May 20, 2020;** dispositive motions – **June 5, 2020**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement, or a Status Report explaining why settlement has not been completed, on or before **April 17, 2020**.

**IT IS FURTHER ORDERED** that the "Motion To Strike Defendant's Responses To Plaintiff EEOC's Requests For Admission To Defendant" (Document No. 34) is **DENIED AS MOOT**.

Signed: March 17, 2020

David C. Keesler
United States Magistrate Judge